UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLIE HINES | CIVIL ACTION |
| VERSUS | |
| WAL-MART STORES, INC., ET AL. | NO.: 3:14-cv-00183-BAJ-SCR |

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand. (Doc. 7). The Magistrate Judge has issued a **REPORT (Doc. 12)** recommending that Plaintiff's Motion be denied, (*id.* at p. 8). There is no objection to the Magistrate Judge's Report.

Having independently considered Plaintiff's Motion to Remand and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 12),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 7)** is **DENIED** for the reasons explained in the Magistrate Judge's Report (Doc. 12).

Baton Rouge, Louisiana, this 1st day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA